FILED: May 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1333
(1:24-cv-01208-LMB-WEF)

_____

STEVEN ISAAC

    Plaintiff - Appellant

v.

MIDDLE EAST BROADCASTING NETWORKS, INC.

    Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Joint appendix due: 07/31/2025

Opening brief due: 07/31/2025

Response brief due: 09/02/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk